IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED

NOV 2 3 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| MICHAEL FITZWILLIAM, SR., AS GUARDIAN AND CONSERVATOR OF THE PERSON OF ZACHARY FITZWILLIAM, a Protected Person, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | No. PIICV030 (Jury Demanded) |
| LARIAT SERVICES, INC. and SANDRIDGE OPERATING COMPANY, | § § § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT LARIAT SERVICES, INC.'S AND SANDRIDGE OPERATING COMPANY'S MOTION FOR LEAVE TO DESIGNATE OILFIELD SERVICES, L.L.C., WAGNER'S MANUFACTURING & FABRICATING CO., AND THE CROSBY GROUP AS RESPONSIBLE THIRD PARTIES**

On this day came to be considered Defendant, Lariat Services, Inc.'s and Sandridge Operating Company's Motion for Leave to Designate Oilfield Services, L.L.C., Wagner's Manufacturing & Fabricating Co., and The Crosby Group, L.L.C. as Responsible Third Parties. After considering the motion and reviewing the pleadings on file herein, this Court is of the opinion that said Motion is well taken and should in all things be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant, **LARIAT SERVICES, INC.'S** and **SANDRDIGE OPERATING COMPANY'S** Motion for Leave to File Designation of Responsible Third Party is hereby **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that OILFIELD SERVICES, L.L.C. WAGNER'S MANUFACTURING & FABRICATING CO., and THE CROSBY GROUP, L.L.C. are hereby designated as Responsible Third Parties in this case.

SIGNED this 22 day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT. A. JUNELL